539 U.S. 937
 Flores-Flores
v.
United States,
Hernandez Prado
v.
United States,
Lara-Quintanilla
v.
United States,
Solares-Cuba
v.
United States,
Garcia-Sanchez
v.
United States,
Rosales
v.
United States,
Rodriguez-Perez
v.
United States, and
Mondragon
v.
United States.
 No. 02-10688.
 Supreme Court of United States.
 June 16, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 920 (first judgment), 921 (third through eighth judgments), and 922 (second judgment).